# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

**ERIC SPENCER**,

    Plaintiff,

v.                                                        Civil Action No. 7:14-CV-32 (HL)

**EZ TITLE PAWN, INC.**,

    Defendant.

## ORDER

This matter is before the Court on Plaintiff's Motion for Leave to Exceed Request to Admit and Request for Production of Documents. (Doc. 20). The Court conducted a telephone conference on July 2, 2014, to obtain additional information about Plaintiff's request for extended written discovery. After hearing from both parties, the Court determined that additional discovery requests are not warranted at this time. Plaintiff's motion is denied.

The parties shall proceed with discovery pursuant to the limitations of Local Rules 34 and 36. If after conducting both written discovery and depositions Plaintiff still feels that his case warrants additional written discovery, Plaintiff may file a motion renewing his request to exceed the written discovery limitations.

**SO ORDERED** this 2nd day of July, 2014.

                                                      *s/ Hugh Lawson*
                                                      **HUGH LAWSON, SENIOR JUDGE**

aks