# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

**ERIC SPENCER**,

    Plaintiff,

v.

**EZ TITLE PAWN, INC.**,

    Defendant.

Civil Action No. 7:14-CV-32 (HL)

## ORDER

Defendant is ordered to file a corporate disclosure statement pursuant to Local Rule 87 no later than July 17, 2014. Failure to do so will result in sanctions against Defendant and/or counsel.

**SO ORDERED** this 7th day of July, 2014.

                *s/ Hugh Lawson*
                **HUGH LAWSON, SENIOR JUDGE**

aks