IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

**ERIC SPENCER**,

    Plaintiff,

v.                                                              Civil Action No. 7:14-CV-32 (HL)

**EZ TITLE PAWN, INC.**,

    Defendant.

### ORDER

On October 15, 2014, counsel for Plaintiff contacted the Court in regard to an ongoing discovery dispute with Defendant. Plaintiff requested a telephone conference to discuss Defendant's refusal to produce documents Plaintiff contends are responsive to certain requests to produce. This order memorializes the proceedings conducted via telephone on October 20, 2014.

In response to Plaintiff's Interrogatory Two, in which Plaintiff requested Defendant provide factual detail for the cause of Plaintiff's termination by Defendant, Defendant identified a series of e-mails dated July 13, 2012, July 16, 2012, July 30, 2012, August 7, 2012, August 9, 2012, August 10, 2012, August 24, 2012, and August 28, 2012. According to Defendant, these e-mails do not address specific conduct by Plaintiff but rather demonstrate the instructions provided to Plaintiff about how to flag instances of fraud and generally provide guidance on how better to conduct his job responsibilities.

While Defendant produced these e-mails to Plaintiff in response to Plaintiff's request to produce, Defendant did not produce the corresponding operational reports Plaintiff asked Defendant to provide. Defendant argues that the operational reports are irrelevant and unresponsive to the request. According to Defendant, the e-mails and the operational reports referenced on the identified dates do not demonstrate why Defendant terminated Plaintiff.

Upon consideration of the information provided by both parties, the Court hereby orders Defendant to produce the documents in question by no later than close of business on November 3, 2014. The Court will make a determination about the relevance of the documents at the appropriate juncture.

**SO ORDERED** this 20th day of October, 2014.

                         *s/ Hugh Lawson*
                         **HUGH LAWSON, SENIOR JUDGE**

aks